IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

JOSHUA SISCO,

    Plaintiff,

                                                Case No 3:21-cv-059-DMB-RP

v.

UNIVERSITY OF MISSISSIPPI, *et al*.

    Defendants.

## **MOTION TO RECONSIDER**

Plaintiff Joshua Sisco respectfully requests that this Court reconsider its ruling that the Americans with Disabilities does not abrogate a State's Eleventh Amendment immunity in the educational context. The Court dismissed his ADA claims against the University of Mississippi without prejudice. Doc. 24 at 13. As argued in the contemporaneously filed memorandum brief, this Court should revisit this ruling under Rule 54(b), because the Court mistakenly concluded that abrogation is considered on a "claim-by-claim" basis, doc. 24 at 13, when in fact abrogation is decided based on a "class of conduct." *United States v. Georgia*, 546 U.S. 151, 159 (2006).

                                                Respectfully submitted,

                                                May 11, 2022

                                                  /s/ *Chris Edmunds*

                                                Chris Edmunds, Counsel for Plaintiff
                                                LBSA: 37670
                                                Chris Edmunds Law Office
                                                4937 Hearst St., Suite 2F
                                                Metairie LA 70001
                                                (504) 314-0034
                                                chrisedmundslaw@gmail.com

                                                  /s/*Mike Farrell*

                                                Mike Farrell

2

                Miss. Bar # 5147
                Mike Farrell, PLLC
                Regions Plaza, Suite 1088
                210 Capitol Street Jackson, MS 39201
                601-948-8030 Tel
                601-948-8032 Fax