IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JOSHUA SISCO**     **PLAINTIFF**

**V.**     **NO. 3:21-CV-59-DMB-RP**

**UNIVERSITY OF MISSISSIPPI, and
GLENN BOYCE**     **DEFENDANTS**

## ORDER

On June 28, 2022, the parties advised the Court by e-mail that they reached an agreement to settle this case. In light of the settlement, the pending motion for reconsideration [36] is **DENIED without prejudice**.

**SO ORDERED**, this 6th day of July, 2022.

                                                **/s/Debra M. Brown**
                                                **UNITED STATES DISTRICT JUDGE**