IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JOSHUA SISCO**                                           **PLAINTIFF**

**V.**                              **Civil Action No.: 3:21cv059-DMB-RP**

**UNIVERSITY OF MISSISSIPPI, and**
**GLENN BOYCE**                                          **DEFENDANTS**

**AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Joshua Sisco ("Plaintiff"), and Defendants University of Mississippi and Glenn Boyce ("Defendants"), jointly file this Stipulation of Dismissal and stipulate that all claims of any kind either party has or may have against the other are hereby dismissed with prejudice, with the parties to bear their respective costs, attorneys' fees, and expenses. The parties further stipulate that this Amended Stipulation of Dismissal shall replace and supersede that Stipulation of Dismissal [Doc. No. 48] which was filed of record on August 12, 2022.

SO STIPULATED, this 15th day of August, 2022.


*/s/    Chris Edmunds*                          */s/       Pope Mallette*
Chris Edmunds (LBSA No. 37670)         Pope S. Mallette (MB No. 9836)
Mike Farrell (MB No. 5147)                  J. Andrew Mauldin (MB No. 104227)
*Attorneys for Plaintiff*                         *Attorneys for Defendants*